SEALED FILED
JUN 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RANDY PICCHI,<br>TINA PICCHI,<br>MICHAEL MIZE, and<br>MICHAEL PACK,<br><br>　　　　　　Defendants. | CASE NO. 1:19MJ 00132 SAB<br><br>**UNDER SEAL**<br><br>ORDER SEALING CRIMINAL COMPLAINT |

IT IS HEREBY ORDERED that the Affidavit and Criminal Complaint in this case shall be SEALED until otherwise ordered by the court.

DATED: June 24, 2019

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　Honorable Stanley A. Boone
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER SEALING CRIMINAL COMPLAINT　　　　1