MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America


FILED
JUN 25 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY PICCHI,<br>TINA PICCHI,<br>MICHAEL MIZE, and<br>MICHAEL PACK,<br><br>Defendants. | CASE NO. 1:19-MJ-00132-SAB<br><br>ORDER UNSEALING CRIMINAL COMPLAINT |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the complaint under seal.

IT IS HEREBY ORDERED that the case can be unsealed and made public record.

DATED: June 25, 2019

_____
Honorable Stanley A. Boone
United States Magistrate Judge

ORDER UNSEALING CRIMINAL COMPLAINT        1